In the Matter of M. EUGENE GIBBS, Petitioner, v ANDREW P. O'ROURKE, as Justice of the Supreme Court of the State of New York, et al., Respondents. [841 NYS2d 797]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Andrew P. O'Rourke, a Justice of the Supreme Court, Putnam County, to "enter into the minutes the amended complaint and TRO/Injunctions filed by [the petitioner in] May and July 2003."

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to

compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Miller, J.P., Santucci, Florio and Dillon, JJ., concur.